UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION
www.flsb.uscourts.gov

In re:                                                    Case No. 18-21587-PGH

Altagracia Tavarez

       Debtor(s).                                   Chapter 13
_____/

## MOTION TO MODIFY CHAPTER 13 PLAN

**COMES NOW,** the Debtor, Altagracia Tavarez, by and through her undersigned counsel and files this Motion to Modify Chapter 13 Plan and as grounds states as follows:

1. On September 20, 2018 the instant case was filed.

2. On January 17, 2019 Debtor's First Amended Chapter 13 plan was confirmed.

3. The Debtor has experienced and is currently experiencing a material financial hardship due to COVID-19 since she has not been working much, if at all, during the last couple of months.

4. The Debtor submits to modify her current plan under the CARES Act § 1113(b)(1)(C) which modifies §§ 1329 (d)(1)-(3) and seeks to extend plan payments for a total of 84 months.

5. Furthermore, in debtor's current plan, the debtor is paying Select Portfolio Servicing, Inc. under a cure and maintain plan.

6. Said Creditor filed a notice of mortgage payment change, wherein the regular payment of the debtors' mortgage has increased.

7. Debtor desire to modify their plan in order to provide for the new payment.

**WHEREFORE**, undersigned counsel prays that this Honorable Court enter an Order Granting and Approving debtors' Second Modified Plan.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 910(A).

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY,** that a true and correct copy of the foregoing was sent via ecf to Robin R. Weiner, Trustee and U.S. Mail on June 10, 2020: to all parties on the service list.

Respectfully Submitted:

**ROBERT SANCHEZ, P.A.**
Attorney for Debtors
355 W 49th Street
Hialeah, FL 33012
Tel. 305-687-8008

By:*/s/ Robert Sanchez*_____
    Robert Sanchez, Esq., FBN#0442161