UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 18-21587-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

ALTAGRACIA TAVAREZ
XXX-XX-9397

DEBTOR_____/

## NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor is **delinquent in Confirmed Chapter 13 Plan Payments in the amount of $4980.51**.

The Debtor shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan, **INCLUDING ANY PAYMENTS THAT BECOME DUE WITHIN THE FORTY-FIVE (45) DAY PERIOD**.

If the Chapter 13 Trustee ("Trustee") does not receive all payments by **January 17, 2021** to bring the Debtor totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

As a result of the Debtor failure to become current or timely file a Motion to Modify, the case shall be dismissed with prejudice to the filing of any bankruptcy proceeding for a period of 180 days from entry of the Order of Dismissal without further notice or hearing.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 3rd day of December 2020.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF DELINQUENCY
CASE NO.:  18-21587-BKC-PDR

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
ALTAGRACIA TAVAREZ
7825 ALHAMBRA BOULEVARD
MIRAMAR, FL  33023-5821

**ATTORNEY FOR DEBTOR**
ROBERT SANCHEZ, ESQUIRE
355 W 49TH STREET
HIALEAH, FL  33012