**Fill in this information to identify the case:**

Debtor 1: Altagracia Tavarez

United States Bankruptcy Court for the: Southern   District of   Florida (Fort Lauderdale)

Case number: 18-21587-JKO

## Official Form 410S1

### Notice of Mortgage Payment Change                                                                                      12/15

**If the debtor's plan provides for payment and postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplemental to your proof of claim at least 21 days before the new payment amount is due.** See Bankruptcy Rule 3002.1.

| | | |
|---|---|---|
| **Name of creditor:** | U.S. Bank National Association, as trustee, on behalf of the holders of the Credit Suisse First Boston Mortgage Securities Corp., Home Equity Pass Through Certificates, Series 2007-1 | **Court claim no.:** 9-1 |
| **Last four digits** of any number you use to identify the debtor's account: | 0656 | **Date of payment change:** Must be at least 21 days after date of this notice    11/01/2019 |
| | | **New total payment:** $1,106.44  Principal, interest, and escrow, if any |

### Part 1: Escrow Account Payment Adjustment

**Will there be a change in the debtor's escrow account payment?**

☐ No
☑ Yes    Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   **Current escrow payment:**   $465.77            **New escrow payment:**   $411.82

### Part 2: Mortgage Payment Adjustment

**Will the debtor's principal and interest payment change based on an adjustment to the interest rate in the debtor's variable-rate note?**

☑ No
☐ Yes    Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   **Current interest rate:**   _____%       **New interest rate:**   _____%

   **Current principal and interest payment:** $ _____   **New principal and interest payment:** $ _____

### Part 3: Other Payment Change

**Will there be a change in the debtor's mortgage payment for a reason not listed above?**

☑ No
☐ Yes Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   **Current mortgage payment:** $ _____    **New mortgage payment:** $ _____

Official Form 410S1                                Notice of Mortgage Payment Change

Debtor 1: <u>Altagracia Tavarez</u>   Case number: <u>18-21587-JKO</u>

**Part 4: Sign Here**

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

Check the appropriate box.

☐ I am the creditor.   **X** I am the creditor's authorized agent.
(Attach copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

/s/ *Ella Roberts, Esq.*   Date   09/23/2019
Signature

**Print**   Ella         Roberts
First Name   Middle Name   Last Name   Title  Attorney For Secured Creditor

Company   Albertelli Law

Address   P.O. Box 23028
Number   Street

Tampa   FL   33623
City   State   Zip Code

Contact Phone: 813-221-4743    Email: bkfl@albertellilaw.com

Official Form 410S1   Notice of Mortgage Payment Change

CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of the foregoing document to be served upon the following parties of interest either via pre-paid regular US Mail or via electronic notification to the parties on the attached service list, this 23rd day of September, 2019.

.

**SERVICE LIST**

Altagracia Tavarez
7825 Alhambra Boulevard
Miramar, FL 33023-5821

Robert Sanchez, Esq
355 W 49 St.
Hialeah, FL 33012

Robin R Weiner
www.ch13weiner.com
POB 559007
Fort Lauderdale, FL 33355

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130

                                                    /s/ *Ella Roberts, Esq.*
                                                    Ella Roberts, Esq.
                                                    FBN 0075943
                                                    813-221-4743
                                                    **Albertelli Law**
                                                    Attorney for Secured Creditor
                                                    PO Box 23028
                                                    Tampa, FL 33623
                                                    Facsimile: (813) 221-9171
                                                    bkfl@albertellilaw.com



July 16, 2019

ALTAGRACIA TAVAREZ
7825 ALHAMBRA BLVD
MIRAMAR, FL 33023-0000

**Account Number:**
**Property Address:** 7825 ALHAMBRA BLVD
MIRAMAR, FL 33023

### RE: Important notice regarding your Annual Escrow Account Disclosure Statement and your new escrow payment amount

### This statement is for informational purposes only

Dear Customer(s):

Select Portfolio Servicing, Inc. (SPS) reviewed your escrow account to determine your new monthly escrow payment. Following are the answers to the most common questions we receive about the escrow account and the details related to the analysis.

1. **What is the amount of my new monthly payment?**
   The table below shows your new monthly payment, including any escrow changes from this new analysis statement.

| Table 1 | Current Payment (As of last analysis) | New Payment (as of 11/01/2019) | Change |
|---|---|---|---|
| **Principal and Interest** | | $694.62 | |
| **Regular Escrow Payment** | $465.77 | $411.82 | $-53.95 |
| **Monthly Shortage Payment** | $0.00 | $0.00 | $0.00 |
| **Total Payment** | | $1,106.44 | $-53.95 |

Since you are in active bankruptcy, your new payment amount shown above is the post-petition payment amount due.

2. **Why did the escrow portion of my payment change?**
   There are three main reasons why your escrow account payment may change from year to year.

   A. **Regular Escrow Payments** - Changes occur based on differences between the expected property tax or insurance payments for the prior year and the expected property tax or insurance payments for the current year. Table 2 shows those differences and any resulting monthly shortage change, which is explained in section C.

| Table 2 | Prior Year Estimated Disbursements (As of last analysis) | Current Year Estimated Disbursements (as of 11/01/2019) | Change |
|---|---|---|---|
| Tax Disbursements | $1,922.22 | $2,004.36 | $82.14 |
| Hazard Insurance Disbursements | $3,667.00 | $2,937.44 | $-729.56 |
| **Total Annual Escrow Disbursements** | $5,589.22 | $4,941.80 | $-647.42 |
| **Monthly Escrow Payment** | $465.77 | $411.82 | $-53.95 |
| **Monthly Shortage Payment** | $0.00 | $0.00 | $0.00 |

See reverse side



B. **Escrow Reserve Requirements** – RESPA/Federal law allows lenders to maintain a maximum of two months reserve in your escrow account, commonly referred to as a cushion. However, based on state, investor, or modification requirements your cushion requirement may be less than the Federal requirement. Your account has a monthly reserve requirement of 0 months.

C. **Escrow Surplus** – The actual beginning balance on your account in Tables 3 and 4 is $7,081.93. According to the projections shown in Tables 3 and 4, your required beginning balance should be $1,647.24.

This means you have a surplus of $5,434.69. If your account meets minimum criteria defined below, we will send a refund check for this surplus under separate cover for the full or partial refund[1].

Please be advised that this is not an attempt to collect any pre-petition debt, which we have previously claimed on the Proof of Claim.

Your unpaid pre-petition escrow amount is $0.00. This amount has been removed from the projected starting balance.

Your total refund is $5,434.69, which is determined by subtracting your required beginning escrow account balance from your actual beginning escrow account balance. $7,081.93 - $1,647.24 = $5,434.69.

Table 3 below shows a detailed history of your escrow account transactions since your last analysis. An asterisk (*) indicates a difference from a previous estimate in either the date or the amount. The letter E beside an amount indicates that the payment or disbursement has not yet occurred but is estimated to occur as shown prior to the effective date of this new analysis. Please note, if the payment or disbursement month shown in table 3 is the same month of this completed analysis and there is an asterisk (*) or the letter E next to the amount, the disbursement or amount may have already occurred by the time you receive this analysis statement and the actual amount may differ from the amount reflected below.

**Table 3**

| Month | Description | Payments Estimate | Payments Actual | Disbursements Estimate | Disbursements Actual | Total Balance |
|---|---|---|---|---|---|---|
| History | Beginning Balance | | | | | $-11,695.16 |
| October 2018 | HAZARD INS | 465.77 | 0.00 E | 3,667.00 | 0.00 E | -11,695.16 |
| November 2018 | COUNTY TAX | 465.77 | 0.00 E | 1,922.22 | 2,004.36 E | -13,699.52 |
| December 2018 | | 465.77 | 0.00 E | 0.00 | 0.00 E | -13,699.52 |
| January 2019 | | 465.77 | 0.00 E | 0.00 | 0.00 E | -13,699.52 |
| February 2019 | | 465.77 | 0.00 E | 0.00 | 0.00 E | -13,699.52 |
| March 2019 | | 465.77 | 6,310.44 E | 0.00 | 0.00 E | -7,389.08 |
| April 2019 | | 465.77 | 1,816.75 E | 0.00 | 0.00 E | -5,572.33 |
| May 2019 | | 465.77 | 1,366.94 E | 0.00 | 0.00 E | -4,205.39 |
| June 2019 | HAZARD INS | 465.77 | 1,366.94 E | 0.00 | 3,781.40 E | -6,619.85 |
| July 2019 | | 465.77 | 12,304.47 E | 0.00 | 0.00 E | 5,684.62 |
| August 2019 | | 465.77 | 465.77 E | 0.00 | 0.00 E | 6,150.39 |
| September 2019 | | 465.77 | 465.77 E | 0.00 | 0.00 E | 6,616.16 |
| October 2019 | | 0.00 | 465.77 E | 0.00 | 0.00 E | 7,081.93 |

Table 4 below shows a detailed projection of future estimated escrow activity of your escrow account transactions since your last analysis as well as a projection of future escrow activity. The double asterisk (**) next to the required balance indicates the lowest projected balance in the analysis. This low balance is used to determine the surplus or shortage in your escrow account at the time of this analysis.

**Table 4**

| Month | Description | Payments Estimate | Disbursements Estimate | Beginning Balance | Required Balance |
|---|---|---|---|---|---|
| | Starting Balance | | | $7,081.93 | $1,647.24 |
| November 2019 | COUNTY TAX | 411.82 | 2,004.36 | 5,489.39 | 54.70 |
| December 2019 | | 411.82 | 0.00 | 5,901.21 | 466.52 |
| January 2020 | | 411.82 | 0.00 | 6,313.03 | 878.34 |
| February 2020 | | 411.82 | 0.00 | 6,724.85 | 1,290.16 |
| March 2020 | | 411.82 | 0.00 | 7,136.67 | 1,701.98 |
| April 2020 | | 411.82 | 0.00 | 7,548.49 | 2,113.80 |
| May 2020 | | 411.82 | 0.00 | 7,960.31 | 2,525.62 |
| June 2020 | HAZARD INS | 411.82 | 2,937.44 | 5,434.69 | 0.00** |
| July 2020 | | 411.82 | 0.00 | 5,846.51 | 411.82 |
| August 2020 | | 411.82 | 0.00 | 6,258.33 | 823.64 |
| September 2020 | | 411.82 | 0.00 | 6,670.15 | 1,235.46 |
| October 2020 | | 411.82 | 0.00 | 7,081.97 | 1,647.28 |

[1] Refund Information

Although our analysis determined an overage in your escrow account, a check may not be issued. This may be due to one or more of the following.

- An overage refund that exceeds your current escrow balance may not be refunded in one check. Funds currently available and held in escrow will be refunded, but any remaining difference between the previous refund and the full refund will be sent once the funds become available in the escrow account. If the additional funds are not available in the escrow account within 30 days of this statement, please contact us to review your account to determine if any additional refund is available to be sent. The refund amount from statement is a projection of the funds that will be in your account in the future, not the amount of the funds that are currently in your account.
- Overages are not refunded when an account is delinquent. Please review your payment history and due date for your account. If it is 30 days or greater past due, an escrow refund will not be sent until the payments have been made. Once your mortgage payments are current, please request a refund of your escrow overage amount. Your refund amount may vary at that time from the amount listed on this statement as additional escrow activity may change the amount eligible for a refund.

If your account is set up on a monthly automatic withdrawal payment option, your monthly payment withdrawal amount will be updated according to the adjusted payment above once the escrow analysis becomes effective. If you have any questions or concerns, please contact our Customer Service Department. Our toll-free number is 800-258-8602 and representatives are available Monday through Thursday between the hours of 8 a.m. and 11 p.m., Friday from 8 a.m. to 9 p.m., and Saturday from 8 a.m. to 2 p.m., Eastern Time. You may also visit our website at www.spservicing.com.

Sincerely,

Select Portfolio Servicing, Inc.

**Esta carta contiene información importante concerniente a sus derechos. Por favor, traduzca esta carta. Nuestros representantes bilingües están a su disposición para contestar cualquier pregunta. Llamenos al numero 800-831-0118 y seleccione/marque la opción 2.**

**This information is intended for informational purposes only and is not considered an attempt to collect a debt.**

See reverse side